AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| Advanced Coding Technologies LLC | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:24-cv-00572-JRG |
| Apple Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Apple Inc.

Date: 10/14/2024

/s/ Kathryn C. Thornton
*Attorney's signature*

Kathryn C. Thornton (VA 91121)
*Printed name and bar number*

ROPES & GRAY LLP
2099 Pennsylvania Avenue, N.W.
Washington, DC 20006-6807

*Address*

Kathryn.thornton@ropesgray.com
*E-mail address*

(202) 508-4724
*Telephone number*

(202) 508-4650
*FAX number*