# FILED UNDER SEAL

## DECLARATION OF GUY COTE