# FILED UNDER SEAL

## DECLARATION OF MUTHU DHANAPAL