# FILED UNDER SEAL

## DECLARATION OF TUSHAR SHAH