# FILED UNDER SEAL

## DECLARATION OF KEITH RAUENBUEHLER