# FILED UNDER SEAL

## DECLARATION OF LELAND WALLACE