# FILED UNDER SEAL

## DECLARATION OF ROGER PANTOS