# FILED UNDER SEAL

## DECLARATION OF BRIAN ANKENBRANDT