# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ADVANCED CODING TECHNOLOGIES LLC,<br><br>Plaintiff,<br><br>vs.<br><br>APPLE INC.,<br><br>Defendant. | Civil Action No. 2:24-cv-00572 (JRG)<br><br>**JURY TRIAL DEMANDED** |

### DECLARATION OF KATHRYN THORNTON IN SUPPORT OF APPLE INC.'S MOTION TO DISMISS FOR IMPROPER VENUE OR ALTERNATIVELY TO TRANSFER TO THE NORTHERN DISTRICT OF CALIFORNIA

I, Kathryn Thornton, hereby declare as follows:

1. I am an attorney admitted in the state of Virginia and the District of Columbia, as well as the Eastern District of Texas.

2. I am an attorney at the law firm of Ropes & Gray LLP. Ropes & Gray LLP is counsel for Defendant Apple Inc. ("Apple") in this action.

3. I submit this declaration in support of Apple Inc.'s Motion to Dismiss For Improper Venue or Alternatively to Transfer to the Norther District of California. Unless otherwise stated, I have personal knowledge of the facts and circumstances stated below and, if called upon to testify, I could and would testify competently to the statements made herein.

4. Attached as **Exhibit A** is a true and correct copy of a webpage from maps.apple.com from October 6, 2024.

5.    Attached as **Exhibit B** is a true and correct copy of the Texas Certificate of Formation Limited Liability Company for Advanced Coding Technologies LLC, dated February 15, 2022.

6.    Attached as **Exhibit C** is a true and correct copy of the USPTO's record of the patent assignment from JVCKenwood Corporation to Advanced Coding Technologies LLC, dated February 28, 2022.

7.    Attached as **Exhibit D** is a true and correct copy of the Texas Certificate of Formation Limited Liability Company for Anjay Technology Partners LLC, dated October 4, 2021.

8.    Attached as **Exhibit E** is a true and correct copy of the California Secretary of State Articles of Organization Limited Liability Company for Anjay Venture Partners LLC, dated January 17, 2017.

9.    Attached as **Exhibit F** is a true and correct copy of the ███████████ ███████████████████████████████, produced by Apple with bates stamp APL-ADVCDG_00497852. Exhibit F states that it is ███████████████████ ████████████████████████████████████████████████████████. Ex. F § 13. Exhibit F also contains sensitive commercial terms between Apple and Best Buy, the disclosure of which would cause competitive harm.

10.    Attached as **Exhibit G** is a true and correct copy of the ███████████ ██████████████████████████████████████████████, produced by Apple with bates stamp APL-ADVCDG_00497845. Exhibit G is subject to the confidentiality restrictions described in Exhibit F. Exhibit G also contains sensitive commercial terms between Apple and Best Buy, the disclosure of which would cause competitive harm.

11.    Attached as **Exhibit H** is a true and correct copy of the ███████████ ████████████████████████████████████████████████████████ ████████, produced by Apple with bates stamp APL-ADVCDG_00497786. Exhibit H is subject to the confidentiality restrictions described in Exhibit F. Exhibit H also contains sensitive

commercial terms between Apple and Best Buy, the disclosure of which would cause competitive harm.

12. Attached as **Exhibit I** is a true and correct copy of the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, produced by Apple with bates stamp APL-ADVCDG_00497851. Exhibit I is subject to the confidentiality restrictions described in Exhibit F. Exhibit I also contains sensitive commercial terms between Apple and Best Buy, the disclosure of which would cause competitive harm.

13. Attached as **Exhibit J** is a true and correct copy of the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, produced by Apple with bates stamp APL-ADVCDG_00497783. Exhibit J is subject to the confidentiality restrictions described in Exhibit F. Exhibit J also contains sensitive commercial terms between Apple and Best Buy, the disclosure of which would caused competitive harm.

14. Attached as **Exhibit K** is a true and correct copy of a webpage from https://www.qualcomm.com/company/locations/united-states from October 6, 2024.

15. Attached as **Exhibit L** is a true and correct copy of a webpage from https://www.broadcom.com/company/about-us from October 9, 2024.

16. Attached as **Exhibit M** is a true and correct copy of a webpage from https://stores.bestbuy.com/tx/tyler/5514-s-broadway-ave-246 from October 7, 2024.

17. Attached as **Exhibit N** is a true and correct copy of a webpage from https://corporate.bestbuy.com/experience-stores/ from October 7, 2024.

18. Attached as **Exhibit O** is a true and correct copy of Google Maps' driving route from Cupertino, CA to Marshall, TX.

19. Attached as **Exhibit P** is true and correct copy of Google Maps' driving route from San Diego, CA to Marshall, TX.

20. Attached as **Exhibit Q** is true and correct copy of Google Maps' driving route from Cupertino, CA to Robert F. Peckham Federal Building & United States Courthouse, 280 South 1st Street, San Jose, CA 95113.

21. Attached as **Exhibit R** is true and correct copy of Google Maps' driving route from San Diego, CA to Robert F. Peckham Federal Building & United States Courthouse, 280 South 1st Street, San Jose, CA 95113.

22. Attached as **Exhibit S** is true and correct copy of a graphic from Lex Machina concerning the timing cases in the Eastern District of Texas from October 1, 2019 through September 30, 2024.

23. Attached as **Exhibit T** is true and correct copy of a graphic from Lex Machina concerning the timing cases in the Northern District of California from October 1, 2019 through September 30, 2024.

24. Attached as **Exhibit U** is a true and correct copy of Anjay Technology Partners LLC's 2023 Texas Franchise Tax Public Information Report.

25. Attached as **Exhibit V** is a true and correct copy of Anjay Venture Partners LLC's State of California Statement of Information filed January 18, 2024.

26. In support of its Motion to Dismiss or Alternatively Transfer, Apple is submitting declarations from witnesses knowledgeable about the underlying technology, including: Guy Cote, Muthukumaran Dhanapal, Tushar Shah, Keith Rauenbuehler, Leland Wallace, and Roger Pantos. Apple also submitted a declaration from Brian Ankenbrandt, who is knowledgeable about Apple's licensing practices. These declarations contain sensitive business information that Apple considers confidential and proprietary, including on Apple's relevant technical teams, its third-party suppliers, and how it stores and protects confidential information.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 21, 2024 in Washington, DC.

                          Respectfully submitted,

                          */s/ Kathryn C. Thornton*
                          Kathryn C. Thornton

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document and the attachments described herein have been served on October 21, 2024, to all counsel of record via email.

*/s/ Melissa R. Smith*
Melissa R. Smith

**CERTIFICATE UNDER LR CV-5(a)(7)(B)**

The undersigned hereby certifies that a motion to seal this document has been filed herewith.

*/s/ Melissa R. Smith*
Melissa R. Smith