# Exhibit A

# Apple Park

Corporate Headquarters · Cupertino, California

Directions                        Call                                    Website

Getty Images                                                        Getty Image

## About

Apple Inc. is an American multinational technology company headquartered in Cupertino, California that designs, develops, and sells consumer electronics, computer software, and online services. The company's hardware products include the iPhone smartphone, the iPad tablet computer, the Mac personal computer, the iPod portable media player, the Apple smartwatch, and the Apple TV digital media player. **More**

More on Wikipedia

## Good to Know

Contactless Payments

## Also at This Location



**Entrance 4**              **Entrance 3**              **Glendenning Barn**              **The Observatory**              **Entranc**

Entry                        Entry                        Apple Building                    Apple Building                    Entry

# Details

Website
apple.com

Phone
+1 (408) 996-1010

Address
Apple Inc.
1 Apple Park Way
Cupertino, CA 95014
United States

Privacy  |  Terms of Use
Copyright © 2024 Apple Inc. All rights reserved.