# Exhibit C

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

EPAS ID: PAT7242875

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

**CONVEYING PARTY DATA**

| Name | Execution Date |
|---|---|
| JVCKENWOOD CORPORATION | 02/28/2022 |

**RECEIVING PARTY DATA**

| | |
|---|---|
| Name: | ADVANCED CODING TECHNOLOGIES LLC |
| Street Address: | 104 EAST HOUSTON STREET |
| Internal Address: | SUITE 140 |
| City: | MARSHALL |
| State/Country: | TEXAS |
| Postal Code: | 75670 |

**PROPERTY NUMBERS Total: 33**

| Property Type | Number |
|---|---|
| Application Number: | 13631114 |
| Patent Number: | 8090025 |
| Patent Number: | 9100664 |
| Patent Number: | 6845128 |
| Patent Number: | 8446966 |
| Patent Number: | 8670654 |
| Patent Number: | 7292782 |
| Patent Number: | 8131135 |
| Patent Number: | 8260122 |
| Patent Number: | 6683989 |
| Patent Number: | 6940911 |
| Patent Number: | 7860170 |
| Patent Number: | 9445041 |
| Patent Number: | 7941030 |
| Patent Number: | 8615154 |
| Patent Number: | 8824545 |
| Patent Number: | 10218995 |
| Patent Number: | 9042448 |
| Patent Number: | 8139150 |

| Property Type | Number |
|---|---|
| Patent Number: | 8750632 |
| Patent Number: | 9635388 |
| Patent Number: | 7283722 |
| Patent Number: | 8005347 |
| Patent Number: | 8649667 |
| Patent Number: | 9313244 |
| Patent Number: | 9986303 |
| Patent Number: | 7804891 |
| Patent Number: | 9480089 |
| Patent Number: | 8230101 |
| Patent Number: | 8316042 |
| Patent Number: | 9002878 |
| Patent Number: | 8023585 |
| Patent Number: | 9094650 |

**CORRESPONDENCE DATA**

**Fax Number:**

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

**Phone:** 212-257-5797

**Email:** ip@remotedocket.com

**Correspondent Name:** FABRICANT LLP

**Address Line 1:** 230 PARK AVENUE, 3RD FLOOR W.

**Address Line 4:** NEW YORK, NEW YORK 10169

| ATTORNEY DOCKET NUMBER: | ADVANCED CODING TECHNOLOG |
|---|---|
| NAME OF SUBMITTER: | VINCENT J. RUBINO |
| SIGNATURE: | /Vincent J. Rubino/ |
| DATE SIGNED: | 03/24/2022 |

**Total Attachments: 17**

source=JVCK Anjay Assignment Asset list#page1.tif
source=JVCK Anjay Assignment Asset list#page2.tif
source=JVCK Anjay Assignment Asset list#page3.tif
source=JVCK Anjay Assignment Asset list#page4.tif
source=JVCK Anjay Assignment Asset list#page5.tif
source=JVCK Anjay Assignment Asset list#page6.tif
source=JVCK Anjay Assignment Asset list#page7.tif
source=JVCK Anjay Assignment Asset list#page8.tif
source=JVCK Anjay Assignment Asset list#page9.tif
source=JVCK Anjay Assignment Asset list#page10.tif
source=JVCK Anjay Assignment Asset list#page11.tif
source=JVCK Anjay Assignment Asset list#page12.tif

source=JVCK Anjay Assignment Asset list#page13.tif
source=JVCK Anjay Assignment Asset list#page14.tif
source=JVCK Anjay Assignment Asset list#page15.tif
source=JVCK Anjay Assignment Asset list#page16.tif
source=JVCK Anjay Assignment Asset list#page17.tif

**PATENT**
**REEL: 059497 FRAME: 0110**

**EXHIBIT A**

**PATENTS & APPLICATIONS**

Twenty-Seven (27) patent families, including any divisional, continuation, continuation-in-part, reissue, reexamination, utility model, foreign counterpart, parent or extension of any patent or application included in this Exhibit, any patents or patent applications whose priority is based upon such patents and patent applications, and any patents that have been named in any terminal disclaimer of any patent included in this Exhibit are listed below:

| | US Patent No. | Issued Counterparts Patent No. | Pending Counterparts Application No. | Abandoned, Withdrawn & PCTs | Application Numbers & Publication Numbers & Priority Numbers |
|---|---|---|---|---|---|
| 1 | - | CN 102918842B<br>KR 10-1419634 | EP 2557791 A1 | JP 2011234337<br>JP 2011234338<br>JP 2013225927<br>JP 2013232967<br>KR 10-2014-0017018<br>US 2013/0064299<br>WO/2011/125299 | Application:<br>CN 201180026733.7<br>EP 11765201.6<br>JP 2010-088528<br>JP 2010-088529<br>JP 2010-217754<br>JP 2010-217755<br>JP 2013-141542<br>JP 2013-141543<br>KR 10-2012-7029274<br>KR 10-2014-7000905<br>US 13/631114<br>PCT/JP2011/001690<br><br>Publication:<br>CN 102918842A<br>EP 2557791<br>JP 2011234337<br>JP 2011234338<br>JP 2013225927<br>JP 2013232967<br>KR 10-2013-0009833<br>KR 10-2014-0017018<br>US 2013/0064299<br>WO/2011/125299 |

PATENT
REEL: 059497 FRAME: 0111

| | US Patent No. | Issued Counterparts Patent No. | Pending Counterparts Application No. | Abandoned, Withdrawn & PCTs | Application Numbers & Publication Numbers & Priority Numbers |
|---|---|---|---|---|---|
| 2 | US 8,090,025 | JP 4844449 | - | - | Application: JP 2006-112995 JP 2007-093162 US 11/787623 <br><br> Publication: JP 2007312362 US 2007/0268968 |
| 3 | US 9,100,664 | CN 102640496B JP 5321426 | - | DE 112010004586 WO/2011/064990 | Application: CN 201080053749.2 DE 112010004586.0 JP 2009-268988 US 13/481440 PCT/JP2010/006853 <br><br> Publication: CN 102640496A DE 112010004586 JP 2011114572 US 2012/0300840 WO/2011/064990 |
| 4 | US 6,845,128 | - | - | JP 2002238053 JP 03991596 | Application: JP 2001-033401 JP 2001-033403 US 10/067815 <br><br> Publication: JP 2002238053 JP 2002238052 US 2002/0110191 |

| | US Patent No. | Issued Counterparts Patent No. | Pending Counterparts Application No. | Abandoned, Withdrawn & PCTs | Application Numbers & Publication Numbers & Priority Numbers |
|---|---|---|---|---|---|
| 5 | US 8,446,966 | - | - | JP 04285396 JP 2004-333558 US 10/980195 US 12/585585 | Application: JP 2004-012277 JP 2004-333558 US 10/980195 US 12/585585 US 13/064586  Publication: JP 2005236955 US 2005/0157796 US 2010/0014591 US 2011/0182368 |
| 6 | US 8,670,654 | JP 5464125 JP 5494520 | - | JP 2010-243214 PCT/JP2011/073541 | Application: JP 2010-243213 JP 2010-243214 JP 2011-025246 US 13/879823 PCT/JP2011/073541  Publication: JP 2012099878 JP 2012099879 JP 2012165268 US 2013/0202266 WO/2012/056896 |

PATENT
REEL: 059497 FRAME: 0113

| | US Patent No. | Issued Counterparts Patent No. | Pending Counterparts Application No. | Abandoned, Withdrawn & PCTs | Application Numbers & Publication Numbers & Priority Numbers |
|---|---|---|---|---|---|
| 7 | US 7,292,782 | | | | Application: EP 01122623.0 |
| | | | | | JP 2000-293737 |
| | | | | | JP 2000-293738 |
| | | | | | JP 2001-162343 |
| | | | | | JP 2002-156042 |
| | | | | | JP 2004-099757 |
| | | | | | JP 2004-099758 |
| 8 | US 8,131,135 | - | - | EP 1193983 | JP 2004-099759 |
| | | | | JP3721971B2 | US 09/961298 |
| | | | | JP3721972B2 | US 11/898251 |
| | | | | JP 2003052012 | US 11/898253 |
| | | | | JP 2004266846 | |
| | | | | JP 2004266847 | Publication: |
| | | | | JP 2004229323 | EP 1193983 |
| | | | | | JP 2002112182 |
| 9 | US 8,260,122 TD | | | | JP 2002112183 |
| | | | | | JP 2003052012 |
| | | | | | JP 2004266846 |
| | | | | | JP 2004266847 |
| | | | | | JP 2004229323 |
| | | | | | US 2002/0037161 |
| | | | | | US 2008/0044156 |
| | | | | | US 2008/0044157 |

PATENT
REEL: 059497 FRAME: 0114

| | US Patent No. | Issued Counterparts Patent No. | Pending Counterparts Application No. | Abandoned, Withdrawn & PCTs | Application Numbers & Publication Numbers & Priority Numbers |
|---|---|---|---|---|---|
| 10 | US 6,683,989 | - | - | EP 1067797 | Application: EP 00113032.7 JP 2004-379541 JP H11-180598 US 09/599396 Publication: EP 1067797 JP 2005137023 JP 2001016580 |
| 11 | US 6,940,911 | - | - | JP 2001258039 JP 03859118 JP 04035808 | Application: JP 2000-069973 JP 2000-255170 JP 2000-255171 US 09/805255 US 11/178386 Publication: JP 2001258039 JP 2002077910 JP 2002077918 US 2001/0036230 US 2005/0243923 |
| 12 | US 7,860,170 | | | | |
| 13 | US 9,445,041 | - | - | JP 2014082731 | Application: JP 2012-212025 JP 2012-288402 US 14/141238 Publication: JP 2014082731 US 2014/0186006 |

PATENT
REEL: 059497 FRAME: 0115

| | US Patent No. | Issued Counterparts Patent No. | Pending Counterparts Application No. | Abandoned, Withdrawn & PCTs | Application Numbers & Publication Numbers & Priority Numbers |
|---|---|---|---|---|---|
| 14 | US 7,941,030 | CN 100479511C | - | CN101404171B<br>EP 1613075<br>JP4906344B2<br>JP 2004891204<br>JP 2010061803<br>WO/2004/091204 | Application:<br>CN 200480009080.1<br>CN 200810149921.9<br>EP 04725479.2<br>JP 2003-101236<br>JP 2003-101237<br>JP 2003-101238<br>JP 2003-417551<br>JP 2005-505271<br>JP 2009-282710<br>US 10/551766<br>PCT/JP2004/004857<br><br>Publication:<br>CN 1768529A<br>CN 101404171A<br>EP 1613075<br>JP 2004891204<br>JP 2010061803<br>US 2006/0140575<br>WO/2004/091204 |
| 15 | US 8,615,154 | JP 5304774 | - | - | Application:<br>JP 2010-274081<br>US 13/313434<br><br>Publication:<br>JP 2012124723<br>US 2012/0148208 |

PATENT
REEL: 059497 FRAME: 0116

| | US Patent No. | Issued Counterparts Patent No. | Pending Counterparts Application No. | Abandoned, Withdrawn & PCTs | Application Numbers & Publication Numbers & Priority Numbers |
|---|---|---|---|---|---|
| 16 | US 8,824,545 | CN 102217312B<br>EP 2487910 B1<br>DE 602010025104.7<br>JP 5257319<br>KR 10-1237181 | - | WO/2011/043013 | Application:<br>CN 201080003191.7<br>DE 10821691.2<br>EP 10821691.2<br>JP 2009-235060<br>KR 10-2011-7014945<br>US 13/260025<br>PCT/JP2010/004727<br><br>Publication:<br>CN 102217312A<br>DE 02487910<br>EP 2487910<br>JP 2011082896<br>KR 10-2011-0091032<br>US 2012/0014430<br>WO/2011/043013 |
| 17 | US 10,218,995 | CN 102084657B<br>JP 5369893 | - | WO/2009/145271 | Application:<br>CN 200980120077.X<br>JP 2008-142433<br>JP 2009-123960<br>US 12/995039<br>US 14/692138<br>PCT/JP2009/059801<br><br>Publication:<br>CN 102084657A<br>JP 2010011448<br>US 2011/0075734<br>US 2015/0229942<br>WO/2009/145271 |
| 18 | US 9,042,448 | | | | |

PATENT
REEL: 059497 FRAME: 0117

| | US Patent No. | Issued Counterparts Patent No. | Pending Counterparts Application No. | Abandoned, Withdrawn & PCTs | Application Numbers & Publication Numbers & Priority Numbers |
|---|---|---|---|---|---|
| 19 | US 8,139,150 | JP 4793366 | - | - | Application: JP 2006-279364 JP 2006-354878 JP 2007-261773 US 11/907188 Publication: JP 2008182669 US 2008/0089428 |

PATENT
REEL: 059497 FRAME: 0118

| | US Patent No. | Issued Counterparts Patent No. | Pending Counterparts Application No. | Abandoned, Withdrawn & PCTs | Application Numbers & Publication Numbers & Priority Numbers |
|---|---|---|---|---|---|
| 20 | US 8,750,632 | EP 2384000 B1<br>DE 602009019548.4<br>GB 2384000<br>JP 4821846<br>KR 10-11260613 | - | CN102265617A<br>JP 2010157821<br>JP 2010157822<br>JP 2010157823<br>JP 2010157824<br>JP 2010157826<br>WO/2010/073513 | Application:<br>CN 200980152847.9<br>DE 09834328.8<br>EP 09834328.8<br>GB 09834328.8<br>JP 2008-333854<br>JP 2008-333855<br>JP 2008-333856<br>JP 2008-333857<br>JP 2008-333858<br>JP 2008-333859<br>KR 10-2011-7017466<br>US 13/142188<br>PCT/JP2009/006715<br><br>Publication:<br>CN102265617A<br>DE 02384000<br>EP 2384000<br>GB 02384000<br>JP 2010157821<br>JP 2010157822<br>JP 2010157823<br>JP 2010157824<br>JP 2010157825<br>JP 2010157826<br>KR 10-2011-0098858<br>US 2011/0255796<br>WO/2010/073513 |

PATENT
REEL: 059497 FRAME: 0119

| | US Patent No. | Issued Counterparts Patent No. | Pending Counterparts Application No. | Abandoned, Withdrawn & PCTs | Application Numbers & Publication Numbers & Priority Numbers |
|---|---|---|---|---|---|
| 21 | US 9,635,388 | JP 6003803 | - | - | Application: JP 2013-107894 US 14/283131 <br><br> Publication: JP 2014230068 US 2014/0348226 |
| 22 | US 7,283,722 | CN 1249998C EP 1280345 B1 DE 60240850.4 JP 4003000B2 | - | FR 1280345 GB 1280345 | Application: CN 02140939.0 DE 02255029.7 EP 02255029.7 FR 02255029.7 GB 02255029.7 JP 2001-219421 JP 2002-145776 US 10/193877 <br><br> Publication: CN 1399267A DE 01280345 EP 1280345 FR 1280345 GB 1280345 JP 2003101923 US 2003/0016944 |

PATENT
REEL: 059497 FRAME: 0120

| | US Patent No. | Issued Counterparts Patent No. | Pending Counterparts Application No. | Abandoned, Withdrawn & PCTs | Application Numbers & Publication Numbers & Priority Numbers |
|---|---|---|---|---|---|
| 23 | US 8,005,347 | CN 1897140B CN 102737673B JP 4752980 JP 4697074 JP 4725440 KR10-10742190 | - | JP 2007049687 | Application: CN 200610101881.1 CN 201210212069.1 JP 2005-204962 JP 2006-188202 JP 2006-188208 JP 2006-188214 JP 2011-010654 KR 2006-0065917 US 11/484755 US 13/181567 |
| 24 | US 8,649,667 TD | | | | Publication: CN 1897140A CN 102737673A JP 2007049687 JP 2007048423 JP 2007048424 JP 2011100543 KR 2007-0008463 US 2007/0014547 US 2011/0268421 |
| 25 | US 9,313,244 | JP 6142488 | - | JP 2017126347 | Application: JP 2012-201412 JP 2017-021996 US 14/026179  Publication: JP 2014056137 JP 2017126347 US 2014/0075044 |

PATENT REEL: 059497 FRAME: 0121

| | US Patent No. | Issued Counterparts Patent No. | Pending Counterparts Application No. | Abandoned, Withdrawn & PCTs | Application Numbers & Publication Numbers & Priority Numbers |
|---|---|---|---|---|---|
| 26 | US 9,986,303 | JP 6354262 | - | - | Application:<br>JP 2014-071975<br>US 14/657359<br><br>Publication:<br>JP 2015195474<br>US 2015/0281691 |
| 27 | US 7,804,891 | CN 1961521B<br>JP 4287778<br>RU2383999 | - | EP 1732258<br>DE 05728392T1<br>WO/2005/096537 | Application:<br>CN 200580017664.8<br>EP 05728392.1<br>JP 2004-108399<br>RU 2006138232<br>US 10/594985<br>PCT/JP2005/006704<br><br>Publication:<br>CN 1961521A<br>EP 1732258<br>JP 2005295277<br>US 2007/0217494<br>WO/2005/096537 |
| 28 | US 9,480,089 | JP 6323170 | - | - | Application:<br>JP 2014-110448<br>US 14/704644<br><br>Publication:<br>JP 2015226218<br>US 2015/0350939 |

PATENT
REEL: 059497 FRAME: 0122

| | US Patent No. | Issued Counterparts Patent No. | Pending Counterparts Application No. | Abandoned, Withdrawn & PCTs | Application Numbers & Publication Numbers & Priority Numbers |
|---|---|---|---|---|---|
| 29 | US 8,230,101 | CN 101627628B | - | EP 2129118 DE 07738088T1 WO/2008/108002 | Application: CN 200780051973.6 EP 07738088.9 US 12/527777 PCT/JP2007/054603<br><br>Publication: CN 101627628A EP 2129118 US 2010/0121911 WO/2008/108002 |
| 30 | US 8,316,042 | CN 101911073B JP 5369439 | - | EP 2244193 JP 2009199371 WO/2009/088066 | Application: CN 200980102025.X EP 09700247.1 JP 2008-004607 JP 2008-040734 US 12/812085 US 13/672094 PCT/JP2009/050193<br><br>Publication: CN 101911073A EP 2244193 JP 2009171039 JP 2009199371 US 2010/0281048 US 2013/0132513 WO/2009/088066 |
| 31 | US 9,002,878 $^{TD}$ | | | | |

PATENT
REEL: 059497 FRAME: 0123

| | US Patent No. | Issued Counterparts Patent No. | Pending Counterparts Application No. | Abandoned, Withdrawn & PCTs | Application Numbers & Publication Numbers & Priority Numbers |
|---|---|---|---|---|---|
| 32 | US 8,023,585 | CN 1902849B EP 1701463 B1 DE 602004040879.4 FR 1701463 GB 1701463 JP 4388366 RU 2372731 | - | WO/2005/064838 | Application: CN 200480039141.9 DE 04808071.7 EP 04808071.7 FR 04808071.7 GB 04808071.7 JP 2003-435638 RU 2006127037 US 10/582615 PCT/JP2004/019721 Publication: CN 1902849A DE 1701463 EP 1701463 FR 1701463 GB 1701463 JP 2005197830 US 2007/0160163 WO/2005/064838 |

PATENT
REEL: 059497 FRAME: 0124

| | US Patent No. | Issued Counterparts Patent No. | Pending Counterparts Application No. | Abandoned, Withdrawn & PCTs | Application Numbers & Publication Numbers & Priority Numbers |
|---|---|---|---|---|---|
| 33 | US 9,094,650 | CN 102835103B EP 2560380 B1 DE 602011045197.9 JP 5729241 JP 5765264 KR 10-11424625 | - | WO/2012/070180 | Application: CN 201180018564.2 DE 11843988.4 EP 11843988.4 JP 2010-261776 JP 2010-261777 JP 2010-261778 JP 2011-213494 JP 2012-037045 KR 2012-7026494 US 13/615005 PCT/JP2011/005665 Publication: CN 102835103A DE 2560380 EP 2560380 JP 2012129980 JP 2012130060 KR 2012-0128157 US 2013/0007619 WO/2012/070180 |

PATENT
REEL: 059497 FRAME: 0125

## EXHIBIT B

### TRANSFER DOCUMENT FOR USPTO RECORDING

This patent assignment ("**Assignment**") is entered into as of <u>2/28/22</u> (the "**Effective Date**") by the between **JVCKENWOOD Corporation**, a Japanese corporation having a place of business 3-12, Moriyacho, Kanagawa-ku, Yokohama-shi, Kanagawa, 221-0022, Japan ("**Assignor**"), and Advanced Coding Technologies LLC, a Texas based entity having a principal place of business at 104 East Houston Street Suite 140 Marshall TX 75670 USA ("**Assignee**"), all of Assignor's right, title, and interest in and to the following (collectively, the "**Assigned Patent Rights**"):

For good and valuable consideration, the receipt of which is hereby acknowledged, Assignor hereby irrevocably sell, assign, transfer, and convey to Assignee, as the Effective Date, all of the Assignor's right, title and interest for the United States of America and its territorial possessions, and all foreign countries including all rights of priority, in inventions disclosed in:

(a)  the patents and patent applications and any terminally disclaimed to or from such patents (U.S. or Foreign) (the "**Patents**") solely owned by Assignor and expressly identified on Exhibit A, together with;

(b)  future applications for patents under U.S. law or regulation or of any foreign country with respect to the patentable inventions filed by Assignee from which any of the foregoing arise, including without limitation, divisions, continuations, continuations-in-part, substitutions, reexaminations, reissues, extensions , continuing prosecution application, requests for continuing examinations, registrations of any of the Patents and foreign counterparts therefrom (collectively, "**Assigned Patents**");

(c)  rights to apply in any or all countries of the world for future patents, certificates of invention, utility models, industrial design protections, design patent protections, or other future governmental grants or issuances of any type related to the Patents; and

(d)  all causes of action, enforcement rights, and remedies of any kind arising under any such Assigned Patent prior to, on or after the Effective Date of this Agreement and/or any of the items described in either of the foregoing categories (b) or (c ), including, without limitation, all causes of action, enforcement rights and all other rights to seek and obtain any other remedies of any kind for past, current, and future infringement and all claims for damages by reason of past, present or future infringement or other unauthorized use of such Assigned Patents with the right to sue for and collect such damages.

Assignor hereby authorizes the respective patent office or governmental agency in each jurisdiction to issue any and all future patents, certificates of invention, utility models or other governmental grants or issuances that may be granted upon any of the Assigned Patent Rights in the name of Assignee, as the assignee to the entire interest therein. This Assignment of Patent Rights will inure for the benefit of any permitted successors or assigns of Assignee.

Assignor will, at the reasonable request of Assignee, take all reasonable steps necessary and proper, to confirm the assignment to Assignee of the Assigned Patent Rights pursuant to this Assignment of Patent Rights, including without limitation, the execution, acknowledgment, and recordation of specific assignments, oaths, declarations, and other documents on a country-by-country basis, to assist Assignee in obtaining and perfecting the Assigned Patent Rights.

PATENT
REEL: 059497 FRAME: 0126

**IN WITNESS WHEREOF**, Assignor has caused its duly authorized representatives to execute this Assignment.

**JVCKENWOOD Corporation ("the Assignor")**

By: _____

Name: Sumiko Nakai

Title: General Manager, Intellectual Property Department

Date: February 28, 2020

**ADVANCED CODING TECHNOLOGIES LLC ("THE ASSIGNEE")**

By: _____

Name: Deepak Sharma

Title: Managing Director

Date: February 28, 2022

Witnessed By: _____

Name: Shuji Suzuki

Title: Deputy Senior Manager, Intellectual Property Department

JVCKENWOOD Corporation

Date: February 28, 2022

**PATENT**
**REEL: 059497 FRAME: 0127**

**RECORDED: 03/24/2022**