# Exhibit K

Qualcomm

Products ⌄    Developer ⌄    Support ⌄    Company ⌄

🏠 / Company / Locations / United States

# United States

Qualcomm, headquartered in San Diego, California, is the world leader in 3G, 4G, and next-generation wireless technology innovations for more than 30 years. Today, we are pioneering the way to 5G with a new era of intelligent products that are revolutionizing industries, including automotive, computing, and IoT—allowing millions of devices to connect with each other like never before.

Feedback

Qualcomm

 /  Company  /  Locations  /  United States



# Wireless Reach U.S.: AR in education

Qualcomm® Wireless Reach™ brings advanced wireless technologies to underserved communities globally, with programs that strengthen economic and social development.

Wireless Reach has teamed up with School in the Park (SITP), The San Diego Museum of Art, the San Diego Zoo, and the San Diego History Museum to develop unique educational Augmented Reality(AR) experiences through 3G-connected mobile devices to enhance teaching and engage students. By supporting learning in informal settings, museums and educational institutions in San Diego's Balboa Park are helping

Qualcomm

 /  Company  /  Locations  /  United States

# Qualcomm venues

### Qualcomm Museum

A permanent fixture open to employees and their guests, Qualcomm Museum showcases our rich history of innovation, the impact of our technologies on the world today, and our vision for the future.

Learn more >

### Qualcomm Hall

Focusing on programs that promote education, health and human services, culture and the arts, this venue is made available for use by non-profit organizations and qualifying arts organizations.

Learn more >

# Additional information

### View our locations.

Qualcomm

🏠 / Company / Locations / United States

## Search careers.

A career at Qualcomm gives you the opportunity to join in the creation of technologies that change the world.

View jobs ↗

## Get in touch.

For more information about Qualcomm or if you have a particular need, get in touch with us.

Contact us >

Qualcomm

Qualcomm relentlessly innovates to deliver intelligent computing everywhere, helping the world tackle some of its most important challenges. Our leading-edge AI, high performance, low-power computing, and unrivaled connectivity deliver proven solutions that transform major industries. At Qualcomm, we are engineering human progress.

Feedback

**Qualcomm**  ⌄  ⌄  ⌄  ⌄  Login

🏠 / Company / Locations / United States

## Quick links

Products

Support

Partners

Contact us

Developer

## Company info

About us

Careers

Investors

News & media

Our businesses

Email Subscriptions

## Stay connected

Get the latest Qualcomm and industry information delivered to your inbox.

✉ **Subscribe**

Manage your subscription

## Also of Interest

Qualcomm Global Office Locations | All...

Qualcomm India Office Locations and Details

Qualcomm Museum | Corporate Information

Terms of Use    Privacy    Cookie Policy    Accessibility Statement    Cookie Settings    Language: English (US)

© Qualcomm Technologies, Inc. and/or its affiliated companies.

Snapdragon and Qualcomm branded products are products of Qualcomm Technologies, Inc. and/or its subsidiaries. Qualcomm patented technologies are licensed by Qualcomm Incorporated.

Note: Certain services and materials may require you to accept additional terms and conditions before accessing or using those items.

References to "Qualcomm" may mean Qualcomm Incorporated, or subsidiaries or business units within the Qualcomm corporate structure, as applicable.

Qualcomm Incorporated includes our licensing business, QTL, and the vast majority of our patent portfolio. Qualcomm Technologies, Inc., a subsidiary of Qualcomm Incorporated, operates, along with its subsidiaries, substantially all of our engineering, research and development functions, and substantially all of our products and services businesses, including our QCT semiconductor business.

Qualcomm

Company / Locations / United States