# Exhibit L

# About Us

In this section ▾

**Broadcom Inc., a Delaware corporation headquartered in Palo Alto, California, is a global infrastructure technology leader built on more than 60 years of innovation, collaboration and engineering excellence.**

With roots based in the rich technical heritage of AT&T/Bell Labs, Lucent and Hewlett-Packard/Agilent, Broadcom focuses on technologies that connect our world. Through the combination of industry leaders Broadcom, LSI, Broadcom Corporation, Brocade, CA Technologies, Symantec's enterprise security business and VMware, the company has the size, scope and engineering talent to lead the industry into the future.

Broadcom is focused on technology leadership and category-leading semiconductor and infrastructure software solutions. The company is a global leader in numerous product segments serving the world's most successful companies.

Broadcom combines global scale, engineering depth, broad product portfolio diversity, superior execution and operational focus to deliver category-leading semiconductor and infrastructure software solutions so its customers can build and grow successful businesses in a constantly changing environment.





You may not realize it, but you use Broadcom innovations every day. In fact, Broadcom technology powers the most complex IT environments in the world.

**Download the Infographic**