# Exhibit M

Search Best Buy

Directory    TX    Tyler    5514 S Broadway Ave

## STORE DETAILS    GEEK SQUAD

# Best Buy Tyler

Open Now    Closes at  8:00 PM         4.0    (3202 reviews)

5514 S Broadway Ave
Tyler, TX 75703

(903) 509-0690

**Directions**

### Store Hours                    Curbside Hours                    Services Offered

Open Now    Closes at 8:00 PM

| | | |
|---|---|---|
| **Monday** | 10:00 AM - 8:00 PM | |
| Tuesday | 10:00 AM - 8:00 PM | |
| Wednesday | 10:00 AM - 8:00 PM | |
| Thursday | 10:00 AM - 8:00 PM | |
| Friday | 10:00 AM - 8:00 PM | |
| Saturday | 10:00 AM - 8:00 PM | |
| Sunday | 11:00 AM - 7:00 PM | |

Geek Squad Services          Apple Shop

Windows Store               Samsung Experience Shop

Samsung Experience Only     Sony Experience

LG Experience

Car & GPS Installation Services

Apple Authorized Service Provider

Samsung Open House

Trade-In

Hearing Solutions Center

On This Page:

Shop

Specialty Shops & Services

Explore

FAQs

Reviews

About

Nearby Stores

## Shop Best Buy Tyler




| | | |
|---|---|---|
| **Computers & Tablets** | **TV & Home Theater** |  **Video Games** |
|  **Cell Phones** |  **Audio** |  **Appliances** |
|  **Smart Home, Security & Wi-Fi** |  **Cameras, Camcorders & Drones** |  **Wearable Technology** |
|  |  |  |

**Health, Fitness & Beauty**

**Home, Furniture & Office**

**Toys, Games & Collectibles**

## Specialty Shops and Services



### Apple Shop

Visit our store-within-a store for all things Apple: Mac, iPad, iPhone, Apple TV and more.



### Windows Store

Get help from Microsoft experts and try out a full range of Microsoft products and accessories.



### Samsung Experience Only

See how Samsung's technology can redefine your home theater experience.



### Sony Experience

Sony experts are ready to show you the latest TVs, sound bars and gaming experiences from Sony.



### LG Experience

Discover the incredible pictures, theater-quality sound and stunning video of the latest LG TVs.



### Apple Authorized Service Provider

We have Agents who are certified in servicing and repairing Apple devices.



### Trade-In

Most stores offer Trade-In on eligible items including mobile phones, tablets, other hardware, and video game software purchased anywhere. Participating stores may have additional requirements.



### Hearing Solutions Center

Find the right hearing solutions with help from experts, plus learn more about using your products.

## More to Explore



## Shop with an expert, right from home.

Call, chat, video chat or in-home consultation.

**Shop with an Expert**



## Enjoy a safe, convenient shopping experience.

Home Experts can assist you with any solution, from creating a home theater to updating your Wi-Fi network or even designing your dream kitchen. We're here to help, anywhere you would like to shop.

**Learn more**



## Save with open-box products at a store near you.



## Jobs that tech lovers love.

Apply for a seasonal job at Best Buy, where you'll surround yourself with a great team

Choose from a variety of open-box items, all discounted to save you money. Check back often because our selection varies. But you can rest assured that open-box products are always covered by our Return and Exchange Promise.

and get an amazing employee discount on the tech you love.

Apply Now

Shop Open Box

## Frequently Asked Questions About Best Buy Tyler

How do I check product availability at the Tyler Best Buy?

How do I check my order status?

My local Tyler Best Buy store and BestBuy.com ran out of the item I want. Is there another way to get it?

I bought a gift that requires service/installation. When can I expect that to be scheduled?

What are Best Buy Tyler stores' holiday hours?

## Recent Reviews

4.0    (3202 reviews)

---

### Lenetha C
October 06, 2024

★★★★★
**5 out of 5**

The best staff always willing to assist you and very professional polite and kind

---

### Todd F
October 01, 2024

★★★★★
**5 out of 5**

Employees are very well informed on today's technology.

---

### B B
September 29, 2024

★☆☆☆☆
**1 out of 5**

Don't waste your time shop online.

### Response from Best Buy

September 29, 2024

Hi there, B B, Thank you for reaching out to us here and for bringing this to our attention. I'd love to ensure that your attempts to receive assistance are addressed further. To do so, please feel free to reach out to us via any of our Social Media platforms. To assist in directing you to our team, I've provided a few links below to our accounts. Please also add the number below to your message, as it will allow us to track your Google Review. Google Review #: 64255932 Thank you, and we look forward to hearing from you. ^Duncan Links: Facebook (http://facebook.com/BestBuy), Twitter/X (http://twitter.com/BestBuySupport), or Instagram (http://instagram.com/bestbuy)

### Andrew l

September 24, 2024



**1 out of 5**

Rick was very rude. I was looking for a product and asked him for help finding it. He said he's looking for products in his cue and didn't help. I kept following him asking him for his name and he wouldn't give it to me. I went to another employee for help and said his name was Rick (he was wearing a towel around his shoulders). So sad there is this kind of customer service. I ended up buying the product online and Carlos came to help me. After checking on the product another employee said that Rick put a delay on the product because he couldn't find it. Allie and Carlos were awesome and I appreciated their help. Rick made this experience worse than it needed to be

### Response from Best Buy

September 24, 2024

Hello, Andrew, Thanks for reaching out and providing your feedback. We would love to document your experience as we are always looking to improve, I you can, please connect with us through social media you can find us on Facebook (http://Facebook.com/BestBuy), Twitter/X (http://Twitter.com/BestBuySupport), or Instagram (http://Instagram.com/BestBuy). Please provide your full name, email address, and telephone number to complete the documentation process. Please also reference Google Review number 64238902. Looking forward to hearing from you! Thanks, ^Ezra

## About Best Buy Tyler

At Best Buy Tyler, we specialize in helping you find the best technology to enrich your life. Together, we can transform your living space with the latest smart home technology, HDTVs, computers and gaming consoles from your favorite brands. We can walk you through updating your appliances with cutting-edge refrigerators, ovens, washers and dryers.

And we can help you make the most of your active lifestyle with our huge selection of health and wellness gear.

You can also rely on the Best Buy Tyler team to keep your devices running smoothly with the full range of Geek Squad® services , including installation, delivery, set up, protection, repair and support. To ensure you can get the assistance you need, you can schedule a service with Geek Squad® for a time and date that fits your busy lifestyle. Or come in and visit us at  5514 S Broadway Ave in Tyler, TX, so we can help you find and navigate the perfect new camera, cell phone, TV , video games and more.

Can't make it to the Best Buy Tyler? Don't worry — visit our virtual store where you can live chat, voice call or video call with product experts who can help you compare items, check out, or even show you a product demo. You can also shop popular categories online or Discover & Learn with our detailed Shopping Guides, in-depth How-To guides and helpful Tips and Ideas. Learn how to live more sustainably, discover the latest must-have electronics and explore what best fits

your lifestyle, home, workspace and everything in between.

bestbuy.com



**Visit our Support Center**



**Check your Order Status**



**Shipping, Delivery & Store Pickup**



**Returns & Exchanges**



**Price Match Guarantee**

| Order & Purchases | Support & Services | Partnerships |
|---|---|---|
| Check Order Status | Visit our Support Center | Affiliate Program |
| Shipping, Delivery & Pickup | Shop with an Expert | Advertise with Us |
| Returns & Exchanges | Schedule a Service | Developers |
| Price Match Guarantee | Manage an Appointment | Best Buy Health |
| Product Recalls | Protection & Support Plans | Best Buy Education |
| Trade-In Program | Haul Away & Recycling | Best Buy Business |
| Gift Cards | Contact Us | **About Best Buy** |
| **Payment Options** | **Rewards & Membership** | Corporate Information |
| My Best Buy® Credit Card | My Best Buy Memberships | Careers |
| Pay Your Bill at Citibank | View Points & Certificates | Corporate Responsibility & Sustainability |
| Lease to Own | Member Offers | |

How was your experience? Give feedback about our website                                Best Buy Canada

Accessibility    Terms & Conditions    Privacy    Interest-Based Ads    State Privacy Rights    Health Data Privacy

Do Not Sell My Personal Information    Limit Use of My Sensitive Personal Information

Targeted Advertising Opt Out    California Supply Chain Transparency Act

In-store pricing may vary. Prices and offers are subject to change. © 2024 Best Buy. All rights reserved. BEST BUY, the BEST BUY logo, the tag design, and MY BEST BUY are trademarks of Best Buy and its affiliated companies.