# Exhibit P

