# Exhibit Q

Cupertino, CA to Federal Court                                          Drive 10.0 miles, 16 min



Map data ©2024 Google         1 mi

| | via I-280 S | 16 min |
|---|---|---|
| | Fastest route, despite the usual traffic | 10.0 miles |

## Explore nearby Federal Court



Restaurants    Hotels    Gas stations    Parking Lots    More