# Exhibit R



Google Maps  San Diego, CA to Federal Court  Drive 466 miles, 7 hr 9 min

Map data ©2024 Google, INEGI  50 mi

**via I-5 N**  **7 hr 9 min**
Fastest route, the usual traffic  466 miles
⚠ This route has tolls.

**via I-15 N and I-5 N**  **7 hr 26 min**
481 miles

**via I-5 N and CA-152 W**  **7 hr 25 min**
469 miles

Explore new places along this route
Add suggested stops