# Exhibit S

12,291 Federal District Court Cases    Lex Machina    Page 1 of 2

# Federal Court

Showing **12,291** federal district court cases; in E.D.Tex.; pending between 2019-10-01 and 2024-09-30.; sorted by most recent docket activity.

**Timing**



Lex Machina

| Event | Cases Reaching Event | Median Days from Case Filing to Order |
|---|---|---|
| **Temporary Restraining Order (Grant)** <br> *(Remaining Federal cases are not included)* | 39 | 3 |
| **Temporary Restraining Order (Deny)** <br> *(Remaining Federal cases are not included)* | 24 | 28 |
| **Preliminary Injunction (Grant)** <br> *(Remaining Federal cases are not included)* | 51 | 75 |
| **Preliminary Injunction (Deny)** <br> *(Remaining Federal cases are not included)* | 31 | 199 |
| **Permanent Injunction (Grant)** <br> *(Remaining Federal cases are not included)* | 112 | 302 |
| **Permanent Injunction (Deny)** <br> *(Remaining Federal cases are not included)* | 6 | n/a |
| **FLSA Conditional Certification** <br> *(Remaining Federal cases are not included)* | 25 | 268 |
| **Class Certification** <br> *(Remaining Federal cases are not included)* | 18 | 692 |
| **Claim Construction Hearing** <br> *(Remaining Federal cases are not included)* | 332 | 381 |
| **Class Action Settlement** <br> *(Remaining Federal cases are not included)* | 15 | 830 |