# Exhibit T

# Federal Court

Showing **47,835** federal district court cases; in N.D.Cal.; pending between 2019-10-01 and 2024-09-30.; sorted by most recent docket activity.

**Timing**




| Event | Cases Reaching Event | Median Days from Case Filing to Order |
|---|---|---|
| **Temporary Restraining Order (Grant)**<br>*(Remaining Federal cases are not included)* | 142 | 8 |
| **Temporary Restraining Order (Deny)**<br>*(Remaining Federal cases are not included)* | 160 | 14 |
| **Preliminary Injunction (Grant)**<br>*(Remaining Federal cases are not included)* | 150 | 74 |
| **Preliminary Injunction (Deny)**<br>*(Remaining Federal cases are not included)* | 150 | 88 |
| **Permanent Injunction (Grant)**<br>*(Remaining Federal cases are not included)* | 324 | 337 |
| **Permanent Injunction (Deny)**<br>*(Remaining Federal cases are not included)* | 18 | 434 |
| **FLSA Conditional Certification**<br>*(Remaining Federal cases are not included)* | 70 | 411 |
| **Class Certification**<br>*(Remaining Federal cases are not included)* | 460 | 882 |
| **Claim Construction Hearing**<br>*(Remaining Federal cases are not included)* | 139 | 452 |
| **Class Action Settlement**<br>*(Remaining Federal cases are not included)* | 327 | 1,108 |