# Exhibit V



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION**
**LIMITED LIABILITY COMPANY**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
|---|
| **-FILED-** |
| File No.: BA20240115173 |
| Date Filed: 1/18/2024 |

| Entity Details | |
|---|---|
| Limited Liability Company Name | ANJAY VENTURE PARTNERS LLC |
| Entity No. | 201703110272 |
| Formed In | CALIFORNIA |
| **Street Address of Principal Office of LLC** | |
| Principal Address | 22836 POPLAR GROVE SQUARE<br>CUPERTINO, CA 95014-2653 |
| **Mailing Address of LLC** | |
| Mailing Address | 22836 POPLAR GROVE SQUARE<br>CUPERTINO, CA 95014-2653 |
| Attention | |
| **Street Address of California Office of LLC** | |
| Street Address of California Office | 22836 POPLAR GROVE SQUARE<br>CUPERTINO, CA 95014-2653 |
| **Manager(s) or Member(s)** | |

| Manager or Member Name | Manager or Member Address |
|---|---|
| Deepak Kumar Sharma | 22836 Poplar Grove Square<br>Cupertino, CA 95014 |

| Agent for Service of Process | |
|---|---|
| Agent Name | DEEPAK KUMAR SHARMA |
| Agent Address | 22836 POPLAR GROVE SQUARE<br>CUPERTINO, CA 95014 |
| **Type of Business** | |
| Type of Business | MANAGEMENT CONSULTING |
| **Email Notifications** | |
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |
| **Chief Executive Officer (CEO)** | |

| CEO Name | CEO Address |
|---|---|
| Deepak Kumar Sharma | 22836 Poplar Grove Square<br>Cupertino, CA 95014 |

**Labor Judgment**

No Manager or Member, as further defined by California Corporations Code section 17702.09(a)(8), has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal is pending, for the violation of any wage order or provision of the Labor Code.

Electronic Signature

☒ By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign.

*Deepak Kumar Sharma*
Signature

*01/18/2024*
Date

B2425-6807 01/18/2024 8:41 PM Received by California Secretary of State