# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ADVANCED CODING TECHNOLOGIES LLC,<br><br>            Plaintiff,<br><br>    v.<br><br>APPLE INC.,<br><br>            Defendant. | Civil Action No. 2:24-cv-00572-JRG<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |

## [PROPOSED] ORDER GRANTING DEFENDANT APPLE INC.'S MOTION TO DISMISS FOR IMPROPER VENUE OR ALTERNATIVELY TO TRANSFER TO THE NORTHERN DISTRICT OF CALIFORNIA

Before the Court is Defendant Apple Inc.'s Motion to Dismiss for Improper Venue or Alternatively to Transfer to the Northern District of California. Having considered all materials and arguments submitted in connection therewith, the Court finds that the Motion should be and hereby is **GRANTED in all respects.**

IT IS SO ORDERED.