# DECLARATION OF MR. DEEPAK SHARMA
## Sealed In Its Entirety