# EXHIBIT 3

         



## Dave Wilson · 3rd
Graphics Software Engineer at Apple

- Apple
- University of Glasgow

Austin, Texas, United States · Contact info

500+ connections

Message   + Follow   More

## About

Recruiters: I am not currently considering a job change - thanks!

I am an enthusiastic and highly productive software engineer with 33 years of C and assembler experience on Macs, PCs and embedded systems. I have a track record as an excellent problem solver and extensive experience in system-level debug of particularly tricky problems. While my main professional interest is in design, development, test and documentation of well-architected software, I interact well with others and relish technical interaction whether that be in joint development projects with customers or in presenting training classes.

Specialties: C, C++, assembler (various - ARM, Motorola, Intel, Z80)
Digital TV embedded systems, MPEG2, H.264, DVB, ATSC, video and graphics processing.
18 years of ARM experience (ARM9, ARM11, CortexA8, CortexM3, CortexM4F).
Microcontroller systems and peripherals (UART, I2C, SSI, PWM, Ethernet, USB, CAN and QEI).
Middleware integration (OpenTV, HDI)
RTOS (pSOS, Nucleus, uCOS, FreeRTOS, embedded Linux)
Windows, (WIN32, MSVC, MFC, FLTK), DOS
Display systems, UI graphics and low level driver software.
API design and architecture.
System design and debug.
Customer project technical coordination.

## Activity
692 followers

**Dave Wilson** commented on a post · 2w

Congratulations on the culmination of what I know was a lot of hard work!

**Dave Wilson** commented on a post · 11mo

You make me so proud!

**Dave Wilson** commented on a post · 1yr

Congratulations!

Show all comments →

## Experience


**Graphics Software Engineer**
Apple · Full-time
Apr 2014 - Present · 10 yrs 8 mos
Lone Star Design Center, Austin, TX


**Sole Proprietor**
Dave Wilson Photography
2008 - Present · 16 yrs 11 mos
Austin, Texas Area

Photographer concentrating mainly on motorsport, rodeo, architecture and art subjects. Images are available for license or in print form via various…


**Member of General Technical Staff**
Texas Instruments - MCU Austin
May 2009 - Apr 2014 · 5 yrs
Austin, Texas Area

My job continues as before following TI's acquisition of Luminary Micro. I am working on ARM CortexM3 and M4-based "Stellaris" and "Ti…  …see more


**Senior Member of Technical Staff**
Luminary Micro Inc.
Aug 2007 - May 2009 · 1 yr 10 mos
Austin, Texas Area

Software development for ARM-based 32 bit microcontrollers.


**Principal Software Engineer**
Conexant Systems Inc.
Jan 1999 - Aug 2007 · 8 yrs 8 mos

Responsible for architecture definition, system integration and system-level debug on various digital television settop box projects using Conexant's…

Show all 8 experiences →

## Education


**University of Glasgow**
B.Sc. (Hons) 1st Class, Physics and Electronic Engineering
Aug 1984 - May 1988

Activities and societies: University Newspaper Photographer
Choral Society

## Volunteering


**Software Mentor**
FIRST
Sep 2011 - Present · 13 yrs 3 mos
Science and Technology

I was a software mentor for Spring Konstant (FRC 6357), Dripping Springs High School's robotics team, through October 2023. I've recently moved o…

#### Photography Group Mentor
Dripping Springs 4-H
Sep 2013 - Mar 2020 · 6 yrs 7 mos
Education

I mentored a group of middle and high school kids in photography, one of the project programs offered by the 4-H Club in Dripping Springs.

## Skills

**C**

 Endorsed by Moses Isang who is highly skilled at this

 Endorsed by 11 colleagues at  Texas Instruments

 21 endorsements

**Embedded Systems**

 Endorsed by Paul Kimelman and 16 others who are highly skilled at this

 Endorsed by 3 colleagues at  Apple

 53 endorsements

Show all 32 skills →

## Recommendations

**Received**     Given


**Sue Cozart** · 3rd
Applications Engineering Manager at Intel Corporation
February 5, 2014, Sue worked with Dave on the same team

Dave is an incredibly sharp software engineer who happily embraces any challenge ahead of him. I have seen him tackle and solve many difficult problems. In addition, he enjoys writing and has clearly explained his work in many documents, conference presentation, and technical forum posts. Dave has a genuine concern for ensuring that customers get the information they need with clear direction. I have greatly enjoyed working with Dave.


**Michael Galetzka** · 3rd
Deputy Managing Director | National Cooperation of Research Fab Microelectronics Germany FMD and Fraunhofer Group for Microelectronics
September 15, 2010, Michael worked with Dave but they were at different companies

I worked with Dave on several embedded software projects for digital TV receivers. I always appreciated his dedicated and cooperative way of work. It was a pleasure for me to have this projects brought to success together with him both on-site in the lab or working together with some thousands of kilometers distance in between. And it was a nice time both professionally and personally.

Show all 7 received →

## Publications

#### Migrating Software Projects from StellarisWare to TivaWare
Texas Instruments · Apr 1, 2013

Show publication ↗

With the rebranding of Luminary Micro's Stellaris parts as Texas Instrument Tiva devices and the associated changes in the StellarisWare SDK to derive Tiv …see more

"Minding your Ps & Qs: International Text Support on Small, MCU-based Systems"

DesignEast/Embedded Systems Conference, 2012 · Sep 18, 2012

A presentation and 20,000 word paper discussing the challenges of supporting the display of international character sets including Chinese, Japanese and Ko  …see more

Show all 7 publications →

## Patents

**Methods and systems for displaying interlaced video on non-interlaced monitors**

US 6359654 · Issued Feb 12, 1997

See patent

This invention describes methods for improving the display of interlaced video sources on progressive scan monitors using low-cost PC hardware and software.

**Other inventors**

**"Computer Workstation"**

US 6707434 · Issued Oct 3, 1992

See patent

The rather wide-ranging title doesn't really help here! This patent relates to a method of negotiating video compression formats between parties in a videoconferencing…

## Interests

**Companies**   Groups   Schools

 **Texas Instruments**
903,069 followers

 + Follow

 **BBC News**
8,005,294 followers

 + Follow

Show all companies →

## Causes

Arts and Culture • Civil Rights and Social Action • Disaster and Humanitarian Relief • Education • Environment • Human Rights • Science and Technology



Promoted ···

**Sell on Amazon**

Joseph, keep up with the latest insights from Sell on Amazon

Stay informed on industry news and trends

Mark also follows

Follow

---

**More profiles for you**


**T. McRoy Shelley III** · 3rd
Partner at Rogers Townsend, LLC

View profile


**James Lee** · 3rd+
Mechanical Engineering | The University of Texas at Austin

Message


**Brendan Donahe** · 3rd
Principal Verification Lead at VORAGO Technologies | Ensuring First-Tapeout Quality of Radiation-Hardened Microcontrollers for Space

View profile


**Justin Garrity** · 3rd+
Student at Texas A&M University

Message


**Anthony Parsons** 🔗 · 3rd
Solutions Lead at Distill Mobile Inc.

View profile

Show all

---

**People you may know**


**Frederick Rein**
NY/CA Lawyer, US Patent Attorney

+ Connect


**Cecilia Stiber**
Assistant General Counsel and Assistant Secretary, Crane Co.

+ Connect


**Robert Hails**
Patent Attorney at Baker & Hostetler [Partner]

+ Connect


**Naomi Birbach**
IP Litigation Partner at Goodwin Procter LLP

+ Connect

**Sarah Hartman**
FemTech & HealthTech | Hospitality | Civil Litigator | Intellectual Property & Entertainment Litigator | Business-minded Problem Solver | Innovative…

+ Connect

Show all

**You might like**
Pages for you

**Generative AI**
Technology, Information and Internet
5,053,395 followers

19 connections follow this page

+ Follow

**USPTO**
Government Administration
93,294 followers

78 connections follow this page

+ Follow

Show all

Promoted •••

**Subscribe with Google.**
Get new perspectives on key issues with WSJ election coverage. Just $1/week

Avery & 80 other connections also follow The Wall Street Journal

**AI experts for hire.**
You don't need to be an AI expert. Just hire one. Post a job for free.

Ronnie & 1 other connection also follow Upwork

| | | | | |
|---|---|---|---|---|
| About | Accessibility | Talent Solutions | Questions?<br>Visit our Help Center. | Select Language |
| Professional Community Policies | Careers | Marketing Solutions | | English (English) |
| Privacy & Terms ⌄ | Ad Choices | Advertising | Manage your account and privacy<br>Go to your Settings. | |
| Sales Solutions | Mobile | Small Business | | |
| Safety Center | | | Recommendation transparency<br>Learn more about Recommended Content. | |

LinkedIn Corporation © 2024