# EXHIBIT 4

         

Home | My Network (14) | Jobs | Messaging (4) | Notifications (23) | Me ▾ | For Business ▾ | Try Premium f



## Afshin Nourivand · 3rd
SoC Design Verification at Apple



- Apple



- Concordia University

Austin, Texas Metropolitan Area · Contact info

**348** connections

Message |  Follow | More

### About
8 years of experience in the field of ASIC/FPGA/SoC design, synthesis and verification.
Background in video codec standards such as HEVC and Vp9.
Background in memory interfaces such as DDR3, LPDDR, SPI.
… …see more

### Activity
355 followers

**Afshin hasn't posted yet**
Recent posts Afshin shares will be displayed here.

Show all activity →

### Experience



**SoC Design Verification**
Apple
Sep 2016 - Present · 8 yrs 3 mos
Austin, Texas Area



**Graphics Hardware Engineer**
Intel Corporation
Oct 2013 - Aug 2016 · 2 yrs 11 mos
Sacramento, California Area

Design and verification of video codec standards HEVC, VP9 etc.
Entropy coders CABAC, CAVLC… …see more

**Advisory Engineer**
IBM
Nov 2010 - Oct 2013 · 3 yrs

Exploratory Nonvolatile Memory Design

 **Graduate Research Assistant**
Concordia University
2004 - 2010 · 6 yrs

Research Assistant

## Education

 **Concordia University**
Ph.D., Electrical and Computer Engineering

 **University of Tehran**
MS, Electrical and Computer Engineering

Show all 3 educations →

## Skills

**ASIC**
 Endorsed by Asif Ahmed who is highly skilled at this
 Endorsed by 10 colleagues at Concordia University
  29 endorsements

**RTL design**
Endorsed by 2 colleagues at Concordia University
  8 endorsements

Show all 36 skills →

## Languages
English

## Interests
**Companies**  Groups  Schools

 **Intel Corporation**
3,727,430 followers
 Follow

 **Qualcomm**
1,619,317 followers
+ Follow

Show all companies →

## Causes
Science and Technology



**Promoted**

**Joseph, explore relevant opportunities with WDB of Middlesex County**

Get the latest jobs and industry news

Follow

### More profiles for you



**Deam Ieong** · 3rd
Staff Firmware Engineer

View profile



**Kyle O.** · 3rd
SoC Design Engineer

View profile



**Amir Abbas Sajjadi** · 3rd
ASIC/SoC/FPGA Design, System and Silicon Validation

View profile

**Wei Foong Thoo** · 3rd
ASIC Verification Engineer

View profile



**Wesley Favors** · 3rd
Memory Design at Qualcomm

View profile

Show all

### People you may know
From Afshin's school



**Naim Khan**
Patent Portfolio Architect!

+ Connect



**Violaine Brunet Brodier**
Intellectual Property Attorney (Trademark, Copyright and Patent) - Avocate en Propriété Intellectuelle (Marques de Commerce, Droit d'Auteur et…

+ Connect



**Pierre-Olivier Savoie**
Partner chez Savoie Arbitration

+ Connect



          

**Lisa Desjardins**
On a mission to help Canadians understand how to use intellectual property
Connect

**Vishal Patel**
Principal Patent Licensing Engineer
Connect

Show all

## You might like

Pages for you

**University of Puget Sound**
Higher Education
30,919 followers
+ Follow

**Generative AI**
Technology, Information and Internet
5,053,399 followers
19 connections follow this page
+ Follow

Show all

Promoted •••

**Legal Leads For Attorneys**
Our Clients Need Lawyers. Get a Steady Flow of New Cases Via Email.

**Expert Patent Searching**
Performing over 13,000 patent searches each year.

**$1,989/month extra cash**
That's the average earned on a 3-bedroom US Vrbo listing, 11/2020–12/2021.

About
Professional Community Policies
Privacy & Terms
Sales Solutions
Safety Center
Accessibility
Careers
Ad Choices
Mobile
Talent Solutions
Marketing Solutions
Advertising
Small Business

Questions?
Visit our Help Center.

Manage your account and privacy
Go to your Settings.

Recommendation transparency
Learn more about Recommended Content.

Select Language
English (English)

LinkedIn Corporation © 2024

Home  My Network (14)  Jobs  Messaging (4)  Notifications (23)  Me  For Business  Try Premium f

**Afshin Nourivand**
SoC Design Verification at Apple

More   Follow  Message

---

← **Skills**

All  | Industry Knowledge |  Tools & Technologies

**ASIC**
 Endorsed by Asif Ahmed who is highly skilled at this
 Endorsed by 10 colleagues at Concordia University
 29 endorsements

**RTL design**
 Endorsed by 2 colleagues at Concordia University
 8 endorsements

**SystemVerilog**
 Endorsed by 2 colleagues at Concordia University
 6 endorsements

**Functional Verification**
 6 endorsements

**Debugging**
 2 endorsements

**Logic Synthesis**
 5 endorsements

**Static Timing Analysis**
 3 endorsements

**Computer Architecture**
 9 endorsements

**C++**
 9 endorsements

**Perl**
 3 endorsements

**TCL**
 2 endorsements

**SystemC**

VLSI

22 endorsements

FPGA

12 endorsements

Graphics Hardware

Video Codec

Memory Controllers

Linux

1 endorsement

Unix

2 endorsements

Circuit Design

9 endorsements

Show more results

Ad ···
Joseph, the Card works as hard as you do.

The American Express Business Platinum Card®

Learn More

More profiles for you

**Deam Ieong** · 3rd
Staff Firmware Engineer

View profile

**Kyle O.** · 3rd
SoC Design Engineer

View profile

**Amir Abbas Sajjadi** · 3rd
ASIC/SoC/FPGA Design, System and Silicon Validation

View profile

**Wei Foong Thoo** · 3rd
ASIC Verification Engineer

View profile

**Wesley Favors** · 3rd
Memory Design at Qualcomm

View profile

Show more

Promoted ···

Know Your Patent Examiner
Adapt your strategy with real intel on examiners. Start your free trial!

**Shawn** & 13 other connections also follow Patent Bots®

Attorneys Needed NOW
We need attorneys to help our legal clients. View new cases now!