# EXHIBIT 5

         

Home | My Network 14 | Jobs | Messaging 4 | Notifications 23 | Me | For Business | Try Premium month free



### Sean Diaz · 3rd

Director Corporate Accounting at Samsung Electronics America


- Samsung Electronics America


- The University of Texas at Austin

Allen, Texas, United States · Contact info

500+ connections

Message    Follow   More

---

**Activity**
1,059 followers

**Sean Diaz** commented on a post • 7mo

I know this guy! Go Rich

Show all comments →

---

**Experience**



**Samsung Electronics America**
Full-time · 9 yrs 11 mos

**Director Corporate Accounting**
Mar 2021 - Present · 3 yrs 9 mos
Texas, United States

**Sr Manager Corporate Accounting**
Jan 2015 - Feb 2021 · 6 yrs 2 mos

---

**Samsung Telecommunications America**
3 yrs 10 mos

**Senior Financial Accounting Manager**
Mar 2014 - Jan 2015 · 11 mos

**GL/Inventory/Tax Accounting Manager**
Apr 2011 - Apr 2014 · 3 yrs 1 mo

---



**Senior External Reporting Analyst**
Celanese Corporation
Oct 2010 - Apr 2011 · 7 mos

**Senior Associate - Audit and Assurance**
KPMG
Aug 2006 - Jan 2011 · 4 yrs 6 mos

## Education

**The University of Texas at Austin**
BBA, Masters, Accounting
2001 - 2006

## Recommendations

**Received**   Given

**Nothing to see for now**
Recommendations that Sean receives will appear here.

## Interests

**Companies**   Newsletters   Schools

**The University of Texas at Austin**
728,628 followers
+ Follow

**Embark**
18,891 followers
+ Follow

Show all companies →

**Promoted** ···

**Sell on Amazon**
Joseph, keep up with the latest insights from **Sell on Amazon**

Stay informed on industry news and trends

**Mark** also follows

Follow

More profiles for you

**Eunyoung Bae** · 3rd
Corporate Accounting
View profile

**Anna Huot** · 3rd
Assistant Accounting Manager at Samsung Electronics America
View profile

**Katie Tseng** · 3rd
CPA

11/12/24, 10:25 AM                                      (41) Sean Diaz | LinkedIn

**Maria Aurora Dacumos** · 3rd
Leader in Finance and Accounting

View profile

**Kevin Lee** · 3rd
People team @ Samsung

View profile

Show all

### People you may know
From Sean's school

**John Wood**
Patent & Trademark Attorney at Wood Patent Law

+ Connect

**Douglas Wilson**
Founding Partner at Armond Wilson LLP

+ Connect

**Mark Y.**
Experienced In-House IP Counsel | Ex-Motional, Google X, PayPal, eBay

+ Connect

**Do Kim**
General Counsel at Longhorn IP

+ Connect

**Allen Baden**
Founding Partner at Edge Law Group and Baden Law Firm

+ Connect

Show all

### You might like
Pages for you

**Generative AI**
Technology, Information and Internet
5,053,311 followers

19 connections follow this page

+ Follow

**USPTO**
Government Administration
93,294 followers

78 connections follow this page

+ Follow

Show all

https://www.linkedin.com/in/sean-diaz-14477817/                                          3/4