# EXHIBIT 9

   Home  14 My Network  Jobs  4 Messaging  23 Notifications  Me  For Business  Try Premium f



### Fyodor Kyslov · 3rd
Senior Software Engineer at Google


- Google


- Odessa National Polytechnic University

Austin, Texas Metropolitan Area · Contact info

500+ connections

Message   Follow  More

## About

Experienced Embedded Software Developer with Solid skills in RTOS; various DSP platforms and in Video Compression Software Development (AV1, VP9, HEVC, H.264, MPEG-4, etc.)

Specialties: Embedded Software Development; Video Compression Algorithms and Software (AV1, VP9, HEVC); RTOS; Assemblers; DSPs

## Activity
578 followers

Posts   Comments

**Fyodor Kyslov** reposted this • 2mo

Are you a developer or product manager working on media or camera features in your Android app?
Join us at the 2024 Android Media Summit in Bengaluru on   ...show more

 120                                          2 comments

**Fyodor Kyslov** posted this • 1yr

My team is hiring:

**Senior Software Engineer, Video and Imaging, Android**
google.com

 1

Show all posts →

## Experience


**Senior Software Engineer**
Google
Nov 2018 - Present · 6 yrs 1 mo
San Francisco Bay Area


**Senior Software Engineer**
Apple
Oct 2016 - Nov 2018 · 2 yrs 2 mos
San Francisco Bay Area

Doing some cool (and secret) stuff


**Amazon**
2 yrs

**Senior Software Engineer**
Sep 2016 - Oct 2016 · 2 mos
Greater Seattle Area

**Software Engineer**
Nov 2014 - Sep 2016 · 1 yr 11 mos


**Microsoft**
3 yrs 7 mos

**Senior Software Engineer**
Aug 2014 - Nov 2014 · 4 mos

**Software Development Engineer - II**
May 2011 - Oct 2014 · 3 yrs 6 mos

Windows Media Platform Team

**Software Development Engineer - II**
Microsoft
Apr 2009 - May 2011 · 2 yrs 2 mos

Zune Services Team

Show all 10 experiences →

## Education


**Odessa National Polytechnic University**
MS, Computer Science
1991 - 1996

## Skills

**Embedded Software**

 Endorsed by Adriano d'Onofrio who is highly skilled at this

 Endorsed by 11 colleagues at Microsoft

 25 endorsements

**MPEG2**

 Endorsed by 4 colleagues at Microsoft

 12 endorsements

Show all 23 skills →



## Recommendations

Received Given

**Nothing to see for now**

Recommendations that Fyodor receives will appear here.

## Interests

Companies Groups Newsletters Schools

**Microsoft**
23,972,987 followers
+ Follow

**Google**
34,744,537 followers
✓ Following

Show all companies →

Promoted •••

Joseph, explore jobs at **Google**

**Director, TV Partner Engineering...**
New York, New York, United States

**Staff UX Engineer**
New York, New York, United States

**AI Strategic Pursuit Lead,...**
New York, New York, United States

See More Jobs

## More profiles for you

**Oleg Oleshchuk** · 3rd
PhD, Senior Software Engineer at Google
View profile

**Oleksiy Busaryev** · 3rd
Senior Software Engineer / TL at Google
View profile

**Diana G.** · 3rd
Manager, Developer Relations Engineering
View profile

**Sergii Lavrinenko** · 3rd
Software Engineer at Google
View profile

**Arun J.** · 3rd
Engineer
View profile

Show all

### People you may know

**Frederick Rein**
NY/CA Lawyer, US Patent Attorney
+ Connect

**Cecilia Stiber**
Assistant General Counsel and Assistant Secretary, Crane Co.
+ Connect

**Robert Hails**
Patent Attorney at Baker & Hostetler [Partner]
+ Connect

**Naomi Birbach**
IP Litigation Partner at Goodwin Procter LLP
+ Connect

**Sarah Hartman** in
FemTech & HealthTech | Hospitality | Civil Litigator | Intellectual Property & Entertainment Litigator | Business-minded Problem Solver | Innovative…
+ Connect

Show all

### You might like
Pages for you

**Generative AI**
Technology, Information and Internet
5,053,416 followers
19 connections follow this page
+ Follow

**OpenAI**
Research Services
5,937,905 followers
29 connections follow this page
+ Follow

Show all