# EXHIBIT 10



**LITIGATION FINANCE**     **LONGFORD CAPITAL**     **VALUE PROPOSITION**     **UNIVERSITY INITIATIVE**     **TEAM**

# Inquiries



First Name*

Last Name*

Title*

Company*

Email*

Phone*

Message

☐ Please send marketing and other information about Longford Capital to me.

[Submit]

**Longford Capital Management, LP**

**Chicago Office**
35 West Wacker Drive
Suite 3700
Chicago, Illinois 60601

Phone: (312) 212-8240

**Dallas Office**
1700 Pacific Avenue
Suite 1035
Dallas, Texas 75201

Phone: (972) 761-5215

General Email:
info@longfordcapital.com

Media Inquiries:
media@longfordcapital.com



© 2024 Longford Capital Management, LP. All Rights Reserved.

Regulatory Information  |  Privacy Statement  |  Terms of Use