# EXHIBIT 13

# U.S. District Court — Judicial Caseload Profile

## TEXAS EASTERN

| | | | Jun 30 2019 | Jun 30 2020 | Jun 30 2021 | Jun 30 2022 | Jun 30 2023 | Jun 30 2024 | U.S. | Circuit |
|---|---|---|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** | Filings [1] | | 4,102 | 4,221 | 4,269 | 4,407 | 4,320 | 4,303 | | |
| | Terminations | | 3,931 | 3,758 | 3,970 | 3,862 | 4,021 | 4,284 | | |
| | Pending | | 5,064 | 5,291 | 5,581 | 6,136 | 6,449 | 6,470 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | 4.9 | 1.9 | 0.8 | -2.4 | -0.4 | | 55 | 4 |
| | Number of Judgeships | | 8 | 8 | 8 | 8 | 8 | 8 | | |
| | Vacant Judgeship Months [2] | | 35.7 | 1.0 | 0.0 | 0.0 | 0.0 | 0.0 | | |
| **Actions per Judgeship** | Filings | Total | 513 | 528 | 534 | 551 | 540 | 538 | 31 | 7 |
| | | Civil | 382 | 397 | 386 | 382 | 409 | 422 | 27 | 5 |
| | | Criminal Felony | 131 | 129 | 146 | 168 | 131 | 115 | 19 | 3 |
| | | Supervised Release Hearings | 1 | 1 | 1 | 1 | 0 | 0 | 93 | 9 |
| | Pending Cases [2] | | 633 | 661 | 698 | 767 | 806 | 809 | 15 | 2 |
| | Weighted Filings [2] | | 595 | 592 | 633 | 693 | 674 | 725 | 8 | 2 |
| | Terminations | | 491 | 470 | 496 | 483 | 503 | 536 | 26 | 6 |
| | Trials Completed | | 11 | 14 | 12 | 16 | 13 | 12 | 56 | 8 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 9.6 | 11.6 | 13.1 | 14.7 | 20.6 | 23.9 | 90 | 9 |
| | | Civil [2] | 8.6 | 9.2 | 8.1 | 8.8 | 8.5 | 7.6 | 36 | 4 |
| | From Filing to Trial [2] (Civil Only) | | 17.5 | 17.7 | 20.4 | 24.5 | 16.7 | 21.6 | 5 | 3 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 275 / 8.3 | 268 / 7.9 | 265 / 8.1 | 258 / 8.2 | 272 / 8.2 | 261 / 7.3 | 34 | 5 |
| | Average Number of Felony Defendants Filed per Case | | 1.7 | 1.8 | 1.7 | 2.1 | 1.7 | 1.9 | | |
| | Jurors | Avg. Present for Jury Selection | 37.8 | 46.3 | 47.9 | 46.4 | 52.4 | 57.4 | | |
| | | Percent Not Selected or Challenged | 32.3 | 27.3 | 46.0 | 41.9 | 45.5 | 49.8 | | |

### 2024 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense

| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 3,377 | 59 | 25 | 819 | 11 | 63 | 81 | 338 | 365 | 924 | 303 | 4 | 385 |
| Criminal [1] | 923 | 32 | 434 | 83 | 178 | 79 | 27 | 20 | - | 17 | - | 4 | 49 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

# U.S. District Court — Judicial Caseload Profile

## CALIFORNIA NORTHERN

| | | | Jun 30 2019 | Jun 30 2020 | Jun 30 2021 | Jun 30 2022 | Jun 30 2023 | Jun 30 2024 | U.S. | Circuit |
|---|---|---|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** | | Filings [1] | 8,924 | 10,008 | 11,051 | 9,837 | 9,427 | 8,394 | | |
| | | Terminations | 8,231 | 8,307 | 9,041 | 11,511 | 8,063 | 6,732 | | |
| | | Pending | 10,503 | 12,173 | 14,157 | 12,453 | 13,840 | 15,619 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | -5.9 | -16.1 | -24.0 | -14.7 | -11.0 | | 83 | 13 |
| | | Number of Judgeships | 14 | 14 | 14 | 14 | 14 | 14 | | |
| | | Vacant Judgeship Months [2] | 0.0 | 0.0 | 15.0 | 42.5 | 25.4 | 11.2 | | |
| **Actions per Judgeship** | Filings | Total | 637 | 715 | 789 | 703 | 673 | 600 | 22 | 4 |
| | | Civil | 546 | 632 | 718 | 626 | 599 | 516 | 19 | 3 |
| | | Criminal Felony | 45 | 44 | 32 | 33 | 24 | 34 | 83 | 13 |
| | | Supervised Release Hearings | 46 | 38 | 39 | 44 | 51 | 50 | 29 | 8 |
| | Pending Cases [2] | | 750 | 870 | 1,011 | 890 | 989 | 1,116 | 11 | 2 |
| | Weighted Filings [2] | | 607 | 598 | 771 | 699 | 571 | 521 | 27 | 5 |
| | Terminations | | 588 | 593 | 646 | 822 | 576 | 481 | 41 | 9 |
| | Trials Completed | | 10 | 6 | 6 | 9 | 7 | 8 | 80 | 10 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 14.7 | 11.2 | 16.3 | 16.8 | 21.2 | 16.5 | 67 | 9 |
| | | Civil [2] | 8.5 | 10.1 | 7.6 | 10.1 | 7.1 | 7.6 | 36 | 6 |
| | From Filing to Trial [2] (Civil Only) | | 25.3 | 29.3 | 26.9 | 34.7 | 36.6 | 48.9 | 47 | 6 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 1,341 14.4 | 1,440 13.1 | 1,291 9.9 | 971 8.6 | 2,040 16.0 | 3,779 25.9 | 81 | 13 |
| | Average Number of Felony Defendants Filed per Case | | 1.3 | 1.3 | 1.3 | 1.4 | 1.2 | 1.3 | | |
| | Jurors | Avg. Present for Jury Selection | 74.7 | 89.8 | 61.5 | 68.0 | 60.2 | 52.9 | | |
| | | Percent Not Selected or Challenged | 53.4 | 59.9 | 40.5 | 48.0 | 34.1 | 38.2 | | |

### 2024 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense

| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 7,226 | 212 | 842 | 1,249 | 10 | 117 | 412 | 630 | 737 | 610 | 857 | 43 | 1,507 |
| Criminal [1] | 472 | 3 | 247 | - | 61 | 77 | 25 | 11 | 1 | 8 | 6 | 8 | 25 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."