**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| ADVANCED CODING TECHNOLOGIES LLC, | § § § § | Case No. 2:24-cv-00572-JRG (LEAD CASE) |
| Plaintiff, | § § | **JURY TRIAL DEMANDED** |
| v. | § § | ██████████████ |
| APPLE INC., | § § | |
| Defendant. | § § | |
| | § | |
| ADVANCED CODING TECHNOLOGIES LLC, | § § § § | Case No. 2:24-cv-00687-JRG (MEMBER CASE) |
| Plaintiff, | § § | **JURY TRIAL DEMANDED** |
| v. | § § | ██████████████ |
| APPLE INC., | § § | |
| Defendant. | § § § | |

## ORDER DENYING DEFENDANT APPLE INC.'S MOTION TO DISMISS FOR IMPROPER VENUE OR ALTERNATIVELY TO TRANSFER TO THE NORTHERN DISTRICT OF CALIFORNIA (DKT. 37)

Before the Court is Defendant Apple, Inc.'s ("Apple" or "Defendant") Motion to Dismiss for Improper Venue or Alternatively to Transfer to the Northern District of California (Dkt. 37). Having fully considered the Motion, the Court is of the opinion that the Motion should be and hereby is **DENIED**.

It is therefore **ORDERED** that Defendant's Motion to Dismiss for Improper Venue or Alternatively to Transfer to the Northern District of California (Dkt. 37) is denied in its entirety.