# EXHIBIT 17



# Zhongli He

Showing 1 to 2 of 2 results

Search by Name

Sort Order

ZH

**Zhongli He**
Austin, TX

Search background report →

His birth date was listed as 1963-08-15. His age is 61. Zhongli's current address is 11301 Matisse Trls, Austin, TX 78726-1450. There's evidence of a company enrolled at the same address: East Mountain, LLC. This address also has Wendy He and Wei Wang connected to it. The phone numbers associated with Zhongli: (512) 299-2029 (Ionex Communications South, Inc), (512) 825-5258 (T-Mobile USA, Inc.Ionex Communications South, Inc). Two persons, including Tyler Morris, Wendy He, listed the phone number (512) 299-2029 as their own, various documents indicated

### Filters

**by State**
- [ ] Illinois
- [ ] Texas

**by City**
- [ ] Austin, TX
- [ ] Schaumburg, IL

**by Age**
- [ ] 60 and above

**by Area Code**
- [ ] 512
- [ ] 847

🏠 **Main Address**
11301 Matisse Trail, Austin, TX 78726
County: Travis County
Neighborhood: Estates Of Brentwood
FIPS: 484530017143004

📞 **Phones**
(512) 299-2029, (512) 825-5258
Possible connections via phone numbers - Tyler Morris, Wendy He