# EXHIBIT 18

USA | All regions | All localities

Offices | Headquarters

# 73 Offices in USA

### Office
## Auburn Hills
ABH.A
1900 Opdyke Court
Auburn Hills MI 48326
USA

Get directions

### Office
## Austin
AUS.B
9600 N. Mopac, Ste 900,Stonebridge Plaza II
Austin TX 78759
USA

Get directions

### Office
## Austin
AUS.E
13929 Center Lake Drive, Parmer Building 1
Austin TX 78753
USA

Get directions

### Office
## Boulder
BLDR.E
6180 Spine Rd
Boulder CO 80301-3317
USA

Get directions

### Office
## Boulder
BLDR.F
6190 Spine Rd
Boulder CO 80301-3317
USA

Get directions

### Office
## Boulder
BLDR.G
6210 Spine Rd
Boulder CO 80301-3317
USA

Get directions

BLDR.H
6290 Spine Rd
Boulder CO 80301-3317
USA

Get directions ›

BOX.A
90 Central Street,1st Floor
Boxborough MA 01719
USA

Get directions ›

BQF.A
500 Somerset Corporate Blvd
Bridgewater NJ 08807
USA

Get directions ›

 Office

### Burlington

BUR.A
One Wall Street
Burlington MA 01803
USA

Get directions ›

 Office

### Carlsbad

PMR.B
2016 Palomar Airport Rd,Suite 190
Carlsbad CA 92011
USA

Get directions ›

 Office

### Chandler

CHD.C
5740 West Chandler Blvd,Suite 1
Chandler AZ 85226
USA

Get directions ›

 Office

### Cheektowaga

CHE.A
300 Airborne Parkway West,Suite 116
Cheektowaga NY 14225
USA

Get directions ›

 Office

### Denver

DEN.A
383 Corona Street
Denver CO 80218
USA

Get directions ›

 Office

### Fairfax

FFX.A
10304 Eaton Place
Fairfax VA 22030
USA

Get directions ›

 Office

 Office

 Office

Court,Suite 201
Hillsboro OR 97124
USA

Get directions ›

250
Irvine CA 92612
USA

Get directions ›

Los Angeles CA 90024
USA

Get directions ›

Office

### Los Gatos

GTS.A
17850 Foster Road
Los Gatos CA 95030
USA

Get directions ›

Office

### Louisville

LUV.A
9960 Corporate Campus Drive,Suite 3300
Louisville KY 40223
USA

Get directions ›

Office

### Maitland

MTL.A
2600 Maitland Center Pkwy.,Suite 375
Maitland FL 32751
USA

Get directions ›

Office

### Newark

NWK.A
39655 Eureka Drive, Space 3C1
Newark CA 94560
USA

Get directions ›

Office

### New York City

NYC.F
632 Broadway Unit 803
New York City NY 10012
USA

Get directions ›

Office

### Novi

NOV.B
27000 Meadowbrook Rd. Suite 201
Novi MI 48377
USA

Get directions ›

Show more offices

some of its most important challenges. Our leading-edge AI, high performance, low-power computing, and unrivaled connectivity deliver proven solutions that transform major industries. At Qualcomm, we are engineering human progress.

   

## Quick links

- Products
- Support
- Partners
- Contact us
- Developer

## Company info

- About us
- Careers
- Investors
- News & media
- Our businesses
- Email Subscriptions

## Stay connected

Get the latest Qualcomm and industry information delivered to your inbox.

✉ **Subscribe**

Manage your subscription

### Also of Interest

Next Gen Connected Smart Devices Provider CEO     Qualcomm US Office Locations and Details

Empowering DIgital Transformation

Terms of Use    Privacy    Cookie Policy    Accessibility Statement    Cookie Settings    Language: English (US)

© Qualcomm Technologies, Inc. and/or its affiliated companies.

Snapdragon and Qualcomm branded products are products of Qualcomm Technologies, Inc. and/or its subsidiaries. Qualcomm patented technologies are licensed by Qualcomm Incorporated.

Note: Certain services and materials may require you to accept additional terms and conditions before accessing or using those items.

References to "Qualcomm" may mean Qualcomm Incorporated, or subsidiaries or business units within the Qualcomm corporate structure, as applicable.

Qualcomm Incorporated includes our licensing business, QTL, and the vast majority of our patent portfolio. Qualcomm Technologies, Inc., a subsidiary of Qualcomm Incorporated, operates, along with its subsidiaries, substantially all of our engineering, research and development functions, and substantially all of our products and services businesses, including our QCT semiconductor business.

🏠 / Company / Offices