# EXHIBIT 19

# Contact Us

Currently Viewing:

Locations ▼

## Sales

## Locations

### Americas

**California, Palo Alto (Corporate Headquarters)**

3421 Hillview Ave
Palo Alto
California, 94304
United States

Tel: 650-427-6000

Get Directions ▶

**Brazil, Sao Paulo**

Berrini Park R Surubim
504 Itaim Bibi Suites 32, 41, and 42
Sao Paulo, 04571050
Brazil

Get Directions ▶

**Canada, Richmond, BC**

13711 International Place
Richmond, V6V 2Z8
Canada

Get Directions ▶

### Canada, Waterloo, ON

609 Kumpf Drive
Suite 204
Waterloo, N2V 1K8
Canada

Get Directions ▶

### Arizona, Chandler

500 North Juniper Drive
Chandler Corporate Center, Suite 200
Chandler, Arizona 85226
United States

Get Directions ▶

### California, Culver City

800 Corporate Pointe, Suite 100
Culver City, California 90230
United States

Get Directions ▶

### California, Irvine

15101 Alton Parkway
Irvine, California 92618
United States

Get Directions ▶

### California, Petaluma

1465 North McDowell Blvd
Petaluma, California 94954
United States

Get Directions ▶

### California, San Diego

16340 West Bernardo Drive
Bernardo Technology Park, Building A
San Diego, California 92127
United States

Get Directions ▶

### California, San Jose

1320 Ridder Park Drive
San Jose, California 95131
United States

Get Directions ▶

### California, San Jose

1730 Fox Drive
San Jose, California 95131
United States

Get Directions ▶

### California, San Jose

250 Innovation Drive
San Jose, California 95134
United States

Get Directions ▶

### California, San Jose

408 E Plumeria Drive
San Jose, California 95134
United States

Get Directions ▶

### Colorado, Broomfield

11900 Quantum Parkway
Broomfield, Colorado 80021
United States

Get Directions ▶

### Colorado, Broomfield

380 Interlocken Crescent
Broomfield, Colorado 80021
United States

Get Directions ▶

### Colorado, Colorado Springs

4420 Arrows West Drive
Colorado Springs, Colorado 80907
United States

Get Directions ▶

### Colorado, Fort Collins

4380 Ziegler Road
Fort Collins, Colorado 80525-9640
United States

Get Directions ▶

### D.C., Washington

607 14th St. NW
Suite 660
Washington, District of Columbia 20005
United States

Get Directions ▶

### Georgia, Atlanta

1155 Perimeter Center West
Atlanta, Georgia 30338
United States

Get Directions ▶

### Georgia, Duluth

4385 River Green Parkway
Chattahoochee Corners, Suite 100
Duluth, Georgia 30096
United States

Get Directions ▶

### Illinois, Lisle

3333 Warrenville Rd
Suite 800
Lisle, Illinois 60532
United States

Get Directions ▶

### Massachusetts, Andover

200 Brickstone Square
Andover, Massachusetts 01810
United States

### Massachusetts, Burlington

65 Blue Sky Drive
Burlington, Massachusetts 01803
United States

### Framingham, MA

111 Speen Street
Framingham, Massachusetts 01701
United States

Get Directions ▶   Get Directions ▶   Get Directions ▶

### Minnesota, Mendota Heights

1230 Northland Drive
Mendota Office Center IV, Suite 100
Mendota Heights, Minnesota 55120
United States

Get Directions ▶

### Minnesota, Rochester

2900 37th Street NW
Bldg 101
Rochester, Minnesota 55901
United States

Get Directions ▶

### New Jersey, Princeton

700 Alexander Park Dr.
Suite 204
Princeton, New Jersey 08540
United States

Get Directions ▶

### New York, Melville

100 Baylis Road
Suite 200
Melville, New York 11747
United States

Get Directions ▶

### North Carolina, Charlotte

9815 David Taylor Drive
Charlotte, North Carolina 28262
United States

Get Directions ▶

### North Carolina, Durham

1030 Swabia Court
Imperial Center, Suite 400
Durham, North Carolina 27703
United States

Get Directions ▶

### Pennsylvania, Allentown

1110 American Parkway
Allentown, Pennsylvania 18109
United States

Get Directions ▶

### Pennsylvania, Breinigsville

9999 Hamilton Blvd.
TEK Park
Breinigsville, Pennsylvania 18031
United States

Get Directions ▶

### Pennsylvania, Lancaster

805 Estelle Drive
Cherryhill Office Building
Lancaster, Pennsylvania 17601
United States

Get Directions ▶

### Pennsylvania, Pittsburgh

750 Holiday Drive
Foster Plaza 9, Suite 300
Pittsburgh, Pennsylvania 15220
United States

Get Directions ▶

### Texas, Austin

6500 River Place Blvd.
Austin, Texas 78730
United States

Get Directions ▶

### Texas, Plano

5465 Legacy Drive
Plano, Texas 75024
United States

Get Directions ▶

### Utah, Draper

25 East Scenic Pointe Drive
Draper, Utah 84020
United States

Get Directions ▶

### Virginia, Reston

Reston Executive Center
12100 Sunset Hills
Reston, Virginia 20191
United States

Get Directions ▶

### Washington, Bellevue

500 108th Ave. NE
Bellevue, Washington 98004
United States

Get Directions ▶

# Asia

### Australia, Canberra

2 Phillip Law Street, ACT 2601
Canberra, 2601
Australia

Get Directions ▶

### Australia, Melbourne

HWT Tower, Level 6
40 City Road, Southbank
Melbourne, 3006
Australia

### Australia, Sydney

175 Pitt Street
Sydney, 2000
Australia

Get Directions ▶

Get Directions ▶

### China, Beijing

No. 2 Kexueyuan South Rd, Haidian
District, 1/F
S Wing Bldg C, Raycom InfoTech Park
Unit 101 112
Beijing, 100190
China

Get Directions ▶

### China, Nanjing

86 Huashen Avenue
Yuhua District, Dongruan R&D Center
Nanjing, 210012
China

Get Directions ▶

### China - Shanghai (Hi Tech)

No. 4560 Jin Ke Road
Building 2, Jin Chuang Mansion
Shanghai, 201203
China

Get Directions ▶

### China - Shanghai (KIC)

333 Songhu Road
Shanghai, 200000
China

Get Directions ▶

### China - Shenzhen (Foxconn)

Yousong Rd, No. 2
Building F21 1.5F
Shenzhen, 518057
China

Get Directions ▶

### China, Shenzhen

No 3 Haide Road
Tiley Central Plaza, Nanshan District
Shenzhen, 518054
China

Get Directions ▶

### Hong Kong

The Great Room, One Taikoo Place
23/F Taikoo Place, 979 King's Rd, Quarry
Bay
Hong Kong,
Hong Kong, SAR

Get Directions ▶

### India, Bangalore

192, 3rd Main Rd, Kalyani Vista II
Doresanipalya, Anthappa Layout, Phase
4, J. P. Nagar
Bangalore, 560078
India

Get Directions ▶

### India, Bangalore

Wipro Electronic City, Special Economic
Zone
Doddathogur Village, Begur Hobli,
Karnataka
Bangalore, 560100
India

Get Directions ▶

### India, Chennai

One Paramount, 110, Mount Poonamallee
Rd, Porur
Tamil Nadu
Chennai, 600116
India

Get Directions ▶

### India, Hyderabad

Survey no 115, Bldg 2
Nanakramguda Village, Ranga Reddy
District
Hyderabad, 500032
India

Get Directions ▶

### India, New Delhi

Hindustan Times House
Kasturba Gandhi Marg
New Delhi, 110001
India

Get Directions ▶

### India, Pune

Panchshil Business Park, S. No 20, Plot
No A Pune
Maharashtra
Pune, 411047
India

Get Directions ▶

### India, Pune

MIDC Kharadi Knowledge Park
EON Kharadi Infrastructure Pvt Ltd, SEZ
Plot No.1, Survey No. 77
Pune, 411014
India

Get Directions ▶

### Japan, Tokyo

3 Chome-1 Minato
Msb Tamachi, Tamachi Station Tower N
Tokyo, 108-0023
Japan

Get Directions ▶

### Korea, Seoul

16 Maeheonro
8F Hibrand, Seocho-gu
Seoul, 06771

### Malaysia, Batu Kawan

Plot 315a, Persiaran Cassia Selatan 4
Taman Perindustrian, Mukim 13,
Seberang Perai Selatan

### Malaysia, Penang

Bayan Lepas Free Industrial Zone
Penang, 11900
Malaysia

Korea

Get Directions ▶

Batu Kawan, 14110
Malaysia

Get Directions ▶

Get Directions ▶

### Singapore

Suntec Tower 4
6 Temasek Blvd.
038986
Singapore

Get Directions ▶

### Singapore

3 North Coast Drive
Senoko
Singapore , 757696
Singapore

Get Directions ▶

### Singapore

1150 Depot Road
Singapore , 109673
Singapore

Get Directions ▶

### Singapore

No. 1 Yishun Avenue 7
Singapore , 768923
Singapore

Get Directions ▶

### Taiwan, Hsinchu

25 Puding Road
Hsinshu Innovation Center
Hsinchu , 30072
Taiwan

Get Directions ▶

### Taiwan, Taipei

No 399 Ruiguang Rd.
Neihu District
Taipei, 11492
Taiwan

Get Directions ▶

# EMEA

### Armenia, Yerevan

Forum Business Center
48/3 Mamikonyants str
Yerevan, 51
Armenia

Get Directions ▶

### Austria, Vienna

Am Europlatz 5
Vienna, 1120
Austria

Get Directions ▶

### Belgium, Eke

Begoniastraat 3
Eke, 9810
Belgium

Get Directions ▶

### Belgium, Mechelen

Battelsesteenweg 455 B
Businesspark E19, Building B
Mechelen, 2800
Belgium

Get Directions ▶

### Bulgaria, Plovdiv

Office Park Plovdiv
65A Svoboda Blvd
Plovdiv, 4001
Bulgaria

Get Directions ▶

### Bulgaria, Sofia

Garitage Park
2 Donka Ushlinova Str.
Sofia, 1766
Bulgaria

Get Directions ▶

### Bulgaria, Varna

115 Osmi Primorski Polk Blvd.
Varna, 6W7G Q6
Bulgaria

Get Directions ▶

### Czech Republic, Prague

V Parku 2343
Praha 4 Chodov
Prague, 148 00
Czech Republic

Get Directions ▶

### Estonia, Tallinn

Aiandi Street 13
Tallinn, 12918
Estonia

Get Directions ▶

### France, Paris

Tour Franklin
100-101 Terrasse Boieldieu
Paris, 92042
France

### France, Paris

1-7 Cours Valmy
Puteaux, 92800
France

### Germany, Munich

Charles de Gaulle Strasse 2
Munich, 81737
Germany

Get Directions ▶     Get Directions ▶     Get Directions ▶

### Germany, Munich

Riem Arcaden
Willy Brandt Platz 2
Munich, 81829
Germany

Get Directions ▶

### Germany, Regensburg

Gertraud-Kaltenecker-Strasse 1
Regensburg, 93049
Germany

Get Directions ▶

### Germany, Regensburg

Franz-Mayer-Strasse 1
Regensburg, 93053
Germany

Get Directions ▶

### Greece, Athens

75 Posidonos Avenue
Athens,
Greece

Get Directions ▶

### Ireland, Cork

Kavanaugh House
Barrack Square
Cork, P31HX01
Ireland

Get Directions ▶

### Israel, Haifa

Derech Ha'atzmaut 45
Haifa, 33034
Israel

Get Directions ▶

### Israel, Nazareth

Nazareth Industrial Park
Block 16565
Nazareth,
Israel

Get Directions ▶

### Israel, Tel Aviv

Tel Aviv University
17 George Weiss Street
Tel Aviv, 6997801
Israel

Get Directions ▶

### Italy, Milan

Via Melchiorre Gioia No. 26
Milan, 20124
Italy

Get Directions ▶

### Italy, Rome

Via Amsterdam No. 125
Rome, 144
Italy

Get Directions ▶

### Netherlands, Amsterdam

Millennium Tower
Radarweg 29
Amsterdam, 1043
Netherlands

Get Directions ▶

### Netherlands, Bunnik

Kosterijland 14
Bunnik, 3981
Netherlands

Get Directions ▶

### Poland, Warsaw

Adgar Plaza One
Postępu 15
Warsaw, 02-676
Poland

Get Directions ▶

### Saudi Arabia, Riyadh

Olaya Towers, Tower B
Mohammed bin Abdul-Aziz Street
Riyadh, 12213
Saudi Arabia

Get Directions ▶

### Spain, Madrid

Calle Quintanapalla, 2
Madrid, 28050
Spain

Get Directions ▶

### Sweden, Stockholm

Gavlegatan 16
Stockholm, 11330
Sweden

Get Directions ▶

### Switzerland, Morges

Chemin du Vuasset 2
Préverenges, 1028
Switzerland

Get Directions ▶

### Switzerland, Zurich

Office LAB Baslerpark
Baslerstrasse 60
Zurich, 8048
Switzerland

Get Directions ▶

### United Arab Emirates, Dubai

Business Central Towers, Tower A
7th - Al Sufouh - Al Sufouh 2
Dubai,
United Arab Emirates

**Get Directions** ▶

### United Kingdom, Bristol

910 Hempton Court
Aztec West
Bristol, BS32 4SR
United Kingdom

**Get Directions** ▶

### United Kingdom, Cambridge

406 Science Park Milton Road
Cambridge, CB4 0WW
United Kingdom

**Get Directions** ▶

### United Kingdom, Cheadle (Manchester)

No. 4 Station Road
Cheadle, SK85AE
United Kingdom

**Get Directions** ▶

### United Kingdom, Edinburgh

19 Canning St
Exchange Tower, 6th Floor
Edinburgh, EH3 8EG
United Kingdom

**Get Directions** ▶

### United Kingdom, London

The Warehouse, The Bower
207-211 Old St
London, EC1V 9NR
United Kingdom

**Get Directions** ▶

## Manufacturing Rep

## Media Contacts